Submitted on record and briefs February 26, conviction affirmed; sentence vacated; remanded for resentencing March 31, 1993

STATE OF OREGON,
*Respondent,*

*v.*

JEFFREY WALTER SINCLAIR,
*Appellant.*

(91C-20916; CA A72632)

848 P2d 662

D. Olcott Thompson, Salem, filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Chief Judge, and Warren and Edmonds, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction for burglary in the first degree. ORS 164.225. He contends that the court erred in imposing a sentence under ORS 137.635, rather than under the sentencing guidelines. The state concedes that the court erred. We accept that concession. *State v. Haydon,* 116 Or App 347, 842 P2d 410 (1992).

Conviction affirmed; sentence vacated; remanded for resentencing.